UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 25-00051 |
| | : | |
| AEGIS SECURITY INSURANCE CO., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon considering the parties' joint motion to stay the above-captioned action; and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that the parties' joint motion is granted; and it is further

**ORDERED** that this action is stayed until 30 days after the resolution of *United States v. Aegis Security Insurance Co.*, No. 25-2009 (Fed. Cir.) on appeal, by which date the parties shall file a joint status report advising whether further proceedings are necessary.

_____
Judge

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiff, | : |
| v. | : Court No. 25-00051 |
| AEGIS SECURITY INSURANCE CO., | : |
| Defendant. | : |

## **JOINT MOTION TO STAY**

The United States, plaintiff, and Aegis Security Insurance Co., defendant, respectfully jointly move this Court to stay this action pending resolution of the United States' appeal in *United States v. Aegis Security Insurance Co.*, No. 25-2009 (Fed. Cir. filed Aug. 12, 2025). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with the economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). "A court may properly determine that it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Diamond Sawblades Mfrs.' Coal. v. United States*, 34 C.I.T. 404, 406 (2010) (quotation omitted).

The parties agree that a stay of this action will promote efficiency and preserve resources. There is substantial overlap of legal issues between this case and *United States v. Aegis Security Insurance Co.*, No. 25-2009, including the statute-of-limitations issue raised in defendant's pending motion to dismiss. Should the appeal move forward to a decision on the merits, such a decision would likely "impact" this action's resolution. *Diamond Sawblades*, 34 C.I.T. at 407. But without a stay, "the court and … the litigants … risk expending substantial resources on

2

litigation that may ultimately prove to be irrelevant." *Id.* Nor would either party be prejudiced

by a stay, as evidenced by this joint motion and by the fact that both the United States and Aegis

are "part[ies] to the action on appeal." *Id.* As such, a stay of this action pending the resolution

of *United States v. Aegis Security Insurance Co.*, No. 25-2009, is warranted.

WHEREFORE, the parties respectfully request that their joint motion be granted.

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General | /s/ Jeffrey M. Telep<br>Jeffrey M. Telep<br>King & Spalding LLP |
| PATRICIA M. McCARTHY<br>Director | 1700 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(202) 626-2390 |
| /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office | /s/ Jason M. Kenner<br>Jason M. Kenner<br>Sandler, Travis & Rosenberg, P.A.<br>286 Madison Avenue, Suite 502 |
| /s/ Luke Mathers<br>LUKE MATHERS<br>Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Suite 346<br>New York, New York 10278<br>(212) 264-9236<br>*Attorneys for Plaintiff* | New York, New York 10017<br>(212) 549-0137<br>*Attorneys for Defendant* |

Dated: September 16, 2025

3